

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-13-00282-CV

## Trial Court No. 11-CV-31,845

**Sherilyn Alexander Landers and Billye C. Alexander, Heirs of W. W. Alexander and Jerrell Fleming, Sharon Fleming, LaVey Alexander and Dianne Batson**

**Vs.**

**Richard Livingston and Dianne Livingston**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Melissa  Ray |
| Motion fee | $10.00 | Phillip  Danks |
| Motion fee | $10.00 | Phillip  Danks |
| Motion fee | $10.00 | Phillip Danks |
| Clerk's record | $396.00 | Unknown |
| Indigent | $25.00 | Bull & Barrett |
| Filing | $100.00 | Bull & Barrett |
| Supreme Court chapter 51 fee | $50.00 | Bull & Barrett |
| Required Texas.gov efiling fee | $20.00 | Bull & Barrett |
| Filing | $100.00 | Phillip A. Danks |
| Reporter's record | $190.15 | Jerrell & Sharon Fleming |
| Indigent | $25.00 | Phillip A. Danks |
| Required Texas.gov efiling fee | $20.00 | Phillip A. Danks |
| Supreme Court chapter 51 fee | $50.00 | Phillip A. Danks |
| **TOTAL:** | $1,016.15 | |

FILE COPY

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 16th day of March 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk